■ THE PEOPLE OF THE STATE OF NEW YORK v. HARRY WILSON.— Motion denied without prejudice, however, to the making of a new application after an order has been entered upon the decision of December 16, 1958, upon condition that the defendant takes a timely appeal from the said order. The District Attorney is directed to submit an order for signature to the Judge who decided said application within 10 days after the entry of this order and, after said order has been signed and entered, to serve a copy thereof, with notice of entry, upon the above-named defendant. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

## (February 19, 1959)

■ SIDNEY WEISNER v. 791 PARK AVENUE CORP. et al.— Motion by 791 Park Avenue Corp. for leave to reargue denied but motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Motion by Adrienne M. Gilbert for leave to reargue denied but motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ In the Matter of PATRICK J. TWOMEY against LEONARD CALVELLO.— Motion by the District Attorney of Bronx County to "dismiss the appeal insofar as it purports to be against the People of the State of New York" denied. The statutes applicable to appeals from judgments of criminal convictions rendered in the Children's Court are difficult of reconciliation (cf. N. Y. City Dom. Rel. Ct. Act, §§ 58, 59, 75; Civ. Prac. Act, § 1258, subd. 2; see, also, Rules of Prac. Dom. Rel. Ct., Children Ct. Div., rule 13). It is indisputable, however, that the practice would require the service of a notice of appeal upon the District Attorney in connection with an application for a certificate of reasonable doubt (Code Crim. Pro., §§ 527, 529). In the instant case such an application was made, and there is also pending an application in the nature of *coram nobis*, in both of which applications the duty or the desirability of the District Attorney being present is suggested. On any view, then, participation by the District Attorney in this case is both merited and proper. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES GANGI.— Motion to dismiss appeal unanimously granted. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.